IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRIC OFALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DAVON LYNN SMITH,<br><br>Defendant. | Case No. 3:19-mj-00209-DMS |

## AFFIDAVIT IN SUPPORT OF
## <u>CRIMINAL COMPLAINT AND ARREST WARRANT</u>

I, JESSICA HAIS, being first duly sworn, hereby depose and state as follows:

### <u>INTRODUCTION AND AGENT BACKGROUND</u>

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been since April 2010. In this assignment, I have investigated a number of violations of United States Code. I am currently assigned to the Violent Crime Squad in the FBI Anchorage Field Office, and specifically assigned to work violent crimes against children investigations, including but not limited to internet crimes against children, online enticement of children, child pornography possession and distribution, and commercial sexual exploitation of children. I have also conducted investigations of human trafficking, civil rights violations, and public corruption. I have conducted and



MAY 15 2019

1

participated in numerous search warrants, arrest warrants, and interviews of people involved in various crimes.

2. The statements in this affidavit are based in part on information provided to me by other law enforcement officers, police reports, and on my own investigation of this matter, to include interviews with multiple witnesses. I have not included each and every fact known to me concerning this investigation. I have only set forth the facts that I believe are necessary to establish probable cause that a violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) has been committed.

## FACTS IN SUPPORT OF PROBABLE CAUSE

3. On May 13, 2019, the FBI executed Federal Search Warrant 3:19-MJ-00207-MMS at 6236 E 12th Ave., Apt. B3, Anchorage, Alaska (hereinafter referred to as "the residence."). The residence is rented and occupied by Pahoua Chang. In addition, multiple witnesses told law enforcement that Davon Lynn Smith lives at the residence with Chang. One witness specifically noted that Smith and Chang share a bedroom at the residence. Smith's address in law enforcement databases is 631 East 22nd Ave., Apt. B1, Anchorage, Alaska.

4. Davon Lynn Smith was observed by FBI surveillance leaving the subject residence at approximately 2:15pm on May 13, 2019 and walking onto E 12th Ave. As soon as he entered the street, Smith turned around and walked back towards the subject residence. As FBI SWAT prepared to make entry into subject residence, Davon Lynn



MAY 1 5 2019

2

Smith was again observed walking out of the front door of subject residence onto E 12th Avenue towards a silver BMW, Alaska License Plate JNP205, parked on E 12th Ave. During his approach of this vehicle, but prior to attempting to enter the vehicle, Smith was detained by FBI SWAT and searched. Multiple witnesses described this vehicle as belonging to Smith. FBI SWAT officers searched Smith, and recovered a set of keys. The key ring found on Smith included a BMW car key, a silver Walmart key with the inscription "66," and two Sentry keys with the inscription "302" on each key face. Additionally, $725.00 in cash was found on Smith's person prior to his transport back to the FBI for interview.

5. During the search of the residence, FBI agents located a Sentry safe in the bedroom described by witnesses as having been occupied by Chang and Smith. FBI agents used one of the Sentry keys from Smith's key ring to open this safe. Inside the safe, FBI agents found two clear-colored bags of suspected heroin, as pictured in the photograph below. This suspected heroin was field tested by FBI agents on May 14, 2019, and both bags tested positive for heroin. Both bags were weighed at the FBI's Evidence Control Center (ECC). One bag weighed 47.3 grams and the other bag weighed 65.6 grams. A scale containing trace amounts of suspected heroin was also



MAY 1 5 2019

3

found in the bedroom containing the safe.



6. Located in the bedroom closet with the safe were numerous items of male clothing and shoes.

7. Pursuant to the search warrant, law enforcement seized and examined a cell phone belonging to Chang. Located on the phone were numerous text messages between Chang, identified as Lil Mama, and Smith, identified as Drizzy. In one exchange on March 30, 2019, Chang was upset with Smith and one of his friends because they were not cleaning up after themselves in the residence. As part of the ensuing argument that


MAY 1 5 2019

4

occurred through text messages, Chang accused Smith of being a heroin dealer on multiple occasions. A copy of the relevant portion of the text exchange follows:

| From | Message |
|---|---|
| Lil Mama | You don't have a job |
| Lil Mama | Lmao[1] |
| Drizzy | Lmao |
| Lil Mama | Use fake pay stubs |
| Drizzy | u so funny lol |
| Drizzy | i'll always win |
| Lil Mama | Lmao |
| Lil Mama | Heroine seller |
| Drizzy | idk what that is |
| Lil Mama | You tryna play stupid |
| Lil Mama | Because you don't want no cops to read this |
| Lil Mama | It's all good tho |
| Lil Mama | Called me a bitch |
| Lil Mama | Youre the bitch too |
| Drizzy | what i'm to smart i don't sell drugs lol |

---

[1] I know from my training and experience that LMAO is an acronym meaning "laughing my ass off."



MAY 15 2019

5

| From | Message |
|---|---|
| Drizzy | what do you do ? |
| Lil Mama | Don't worry |
| Lil Mama | We all know what you do |
| Drizzy | i'm legally imployed |
| Drizzy | nobody but u is saying that lol |
| Lil Mama | By selling illegal drugs ? |
| Drizzy | what do u do again ? |
| Drizzy | where do u work ? |
| Lil Mama | I do nothing |
| Lil Mama | Lmao |
| Drizzy | i forgot lol |
| Drizzy | do u have a paystub ? i got mine .. do u have any ? |
| Lil Mama | You can threaten all you want , you're homeless bitch |
| Drizzy | how do u pay rent at your house? |
| Lil Mama | Go back to your mom |
| Drizzy | i'm confused ? |
| Lil Mama | You're homeless |



MAY 15 2019                     6

| From | Message |
|---|---|
| Drizzy | lol i got 50 racks lmao[2] |
| Drizzy | i can get a house anytime i want lmao |
| Lil Mama | From selling heroine |
| Lil Mama | Go get a house then |
| Drizzy | Stoooooooooopid |

//

//

//

//

//

//

//

//

//

//

---

[2] I know from my training and experience that a rack is slang for $1000.



MAY 1 5 2019

8. On April 16, 2018, Chang and Smith exchanged text messages about Chang picking up after Smith and Smith's belief that Chang had taken money from a pair of jeans that she had folded and put away for him. Chang screen captured those messages and saved them to her phone. That screen capture is below:


MAY 15 2019

8



9. On April 28, 2019, Chang and Smith exchanged messages about Chang missing money. In response, Smith told Chang that she should store her money in "the safe." Chang screen captured that exchange. That message is below:



MAY 15 2019

9



10. During a statement to law enforcement following the search, Smith denied living in the residence, but said he stayed there occasionally. Smith also denied any knowledge of the safe.



MAY 15 2019

10

## CONCLUSION

11. Based upon the information above, your affiant submits that there is probable cause to believe that on May 13, 2019, Davon Lynn Smith possessed with the intent to distribute 112.9 grams of heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

_____
JESSICA HAIS
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this
___15___ day of May, 2019

_____
~~DEBORAH M. SMITH~~ MATTHEW M. SCOBLE  /S/ MAGISTRATE
Chief United States Magistrate Judge
District of Alaska
Anchorage, Alaska

11